Steven F. Werth (CA Bar No. 205434)
*swerth@sulmeyerlaw.com*
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

General Bankruptcy Counsel for
Howard M. Ehrenberg, Chapter 7 Trustee

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

TUNCANG GROUP, INC.,

Debtor.

HOWARD M. EHRENBERG, Chapter 7 Trustee,

Plaintiff,

v.

MAULE AIR, INC., a Georgia domestic profit corporation, dba MAULE AIRCRAFT, and BRENT DAVID MAULE, an individual,

Defendants.

Case No. 2:17-bk-13503-SK

Chapter 7

Adv. No.

**COMPLAINT FOR (1) TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542(a); AND (2) JUDGMENT IN THE AMOUNT OF THE VALUE OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542(a)**

DATE: {To Be Set By Summons}
TIME: {To Be Set By Summons}
Place: Courtroom 1575
United States Bankruptcy Court
Roybal Federal Building
255 East Temple Street
Los Angeles, CA 90012

For this Complaint ("Complaint"), plaintiff Howard M. Ehrenberg, the duly-appointed and acting Chapter 7 trustee ("Plaintiff" or "Trustee") of the bankruptcy estate ("Estate") of Tuncang Group, Inc. ("Debtor"), solely in his capacity as the duly appointed, qualified, and acting chapter 7 trustee in the above-captioned bankruptcy case, hereby alleges as follows:

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

**REQUIRED PLEADING DISCLOSURE**

1. In accordance with the requirements of Local Bankruptcy Rule 7008-1, Plaintiff hereby alleges that the claims for relief set forth in the Complaint constitute a core proceeding under 28 U.S.C. § 157(b), in that the claims for relief relate directly to property which may be property of the Debtor. Regardless of whether the claims for relief are core or non-core, Plaintiff hereby consents to the entry of final orders and judgment by the Bankruptcy Court, except as may be precluded by applicable law.

**STATEMENT OF JURISDICTION, NATURE OF PROCEEDING, AND VENUE**

2.. On March 22, 2017, the Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

3. The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157(b)(1) and 1334(a) and General Order No. 242-A of the District Court for the Central District of California, as this is a core proceeding under 28 U.S.C. §§ 157(b)(1), (b)(2)(E), and (b)(2)(O).

4.. Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1409(a), in that the instant proceeding is related to the Debtor's case under the Bankruptcy Code that is still pending.

5. Pursuant to 11 U.S.C. § 544, Plaintiff has standing to bring this adversary proceeding on behalf of the Estate.

**PARTIES**

6. Plaintiff brings this action solely in his capacity as the Chapter 7 Trustee for the Estate.

7. Plaintiff was appointed after the filing of the Debtor's bankruptcy case. As a result, Plaintiff does not have personal knowledge of the facts alleged in this Complaint that occurred prior to his appointment and, therefore, alleges all those facts on information and belief. Plaintiff reserves his right to amend this Complaint to allege additional claims against the defendants.

8. Plaintiff is informed and believes, and based thereon alleges, that defendant Maule Air, Inc., dba Maule Aircraft ("Maule Air") is a corporation incorporated in the State of Georgia and is doing business in the State of California.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

9. Plaintiff is informed and believes, and based thereon alleges that Maule Air's principal place of business is located at 2099 GA Highway 133 S, Moultrie, Georgia 31788.

10. Plaintiff is informed and believes, and based thereon alleges, that defendant Brent David Maule ("Maule") is an individual residing in the State of Georgia.

11. Plaintiff is informed and believes, and based thereon alleges, that Maule is the Chief Executive Officer and/or the Chief Financial Officer of Maule Air.

12. Maule Air and Maule are collectively referred to herein as "Defendants".

13. Plaintiff is informed and believes and based thereon alleges that each of the Defendants are the agent, joint venture and employee of each other and in doing the things herein alleged, each was acting within the course and scope of said agency, employment and joint venture with advance knowledge, acquiescence or subsequent ratification of each and every of the other Defendant.

**ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**

14. The Debtor commenced its bankruptcy case on March 22, 2017 ("Petition Date").

15. Prior to the Petition Date, the Debtor operated a business which offered general aviation terminal services and aircraft storage, including rental spaces for flight schools, aircraft maintenance, and other private aircraft services ("Business"). The Debtor operated the Business from premises located at 2601 East Spring Street, Long Beach, California 90806, and 2801 East Spring Street, Suite 100 Long Beach, California 90806 (collectively, "Leasehold").

16. After the Petition Date, the Trustee was appointed as the Chapter 7 Trustee of the Estate. Upon his appointment, the Trustee began liquidating the Debtor's assets, including the Property (defined below), for the benefit of the Estate's creditors.

17. Based upon his investigation of the documents and pleadings filed in this case, and his communications with counsel for the Debtor, the Trustee determined that the Debtor possessed an interest one Maule m9-235 airplane, tail no. N3211Q, located in Chino, California (the "California Airplane"), two MXT-7-180, "2017" model airplanes located in the State of Georgia, tail nos. N32550 and N32556 (the "Georgia Airplanes"), and certain other assets.

18. On June 2, 2017, the Trustee filed a motion to sell certain assets of the Debtor, not including the Georgia Airplanes, to Keith Furlong and David Parsons, or assignee [Docket No. 30] (the "First Sale Motion").

19. On September 11, 2017, the Bankruptcy Court entered an order approving the First Sale Motion [Docket No. 71].

20. On November 14, 2017, the Trustee filed a motion to sell (the "Sale") the Georgia Airplanes and certain other assets of the Debtor to Keith Furlong and David Parsons, or assignee ("Buyer"), in exchange for $150,000 [Docket No. 80] (the "Second Sale Motion").

21. On December 19, 2017, the Bankruptcy Court entered an order approving the Second Sale Motion [Docket No. 86].

22. The Georgia Airplanes are in the possession, custody and/or control of the Defendants.

23. Plaintiff is informed and believes, and on that basis alleges, that Defendants are in possession of Bills of Sale identifying the Georgia Airplanes as being purchased by the Debtor.

24. Plaintiff has demanded that Maule Air turn over the Georgia Airplanes to the Trustee so that Plaintiff may close the Sale.

25. Defendants have, to date, refused to turn over the Georgia Airplanes or any property of the Debtor in their possession to the Plaintiff.

26. Defendants refusal to turn over the Georgia Airplanes to the Trustee prevents the Trustee from being able to effectuate and close the Sale.

27. If the Georgia Airplanes are returned to the Estate, the Trustee will be able to effectuate and close the Sale.

## FIRST CLAIM FOR RELIEF

## (Turnover Of Property Of The Estate Pursuant To 11 U.S.C. § 542(a))

28. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 27 as though set forth in full.

29. Plaintiff is informed and believes and based thereon alleges that as of the Petition Date, the Debtor had a legal or equitable interest in the Georgia Airplanes

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

30. Plaintiff is informed and believes and based thereon alleges that as of the Petition Date, the Georgia Airplanes constituted property of the Estate.

31. Plaintiff is informed and believes and, on that basis alleges thereon, that Defendants are in possession, custody or control, during this Bankruptcy Case, of property that the Trustee may use, sell, or lease under 11 U.S.C. § 363 and such property is not of inconsequential value or benefit to the Estate.

32. For the aforementioned reasons, Defendants are required to deliver to the Plaintiff, and account for, the Georgia Airplanes, or the value thereof, pursuant to 11 U.S.C. § 542(a).

33. For the aforementioned reasons, Defendants are required to deliver to the Plaintiff all recorded information in their possession, custody, or control relating to the Georgia Airplanes, pursuant to 11 U.S.C. § 542(e).

**SECOND CLAIM FOR RELIEF**

**(Turnover Of The Value Of Property Of The Estate Pursuant To 11 U.S.C. § 542(a))**

34. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 33 as though set forth in full.

35. Plaintiff is informed and believes and based thereon alleges that the Georgia Airplanes have a value of $150,000.

36. For the aforementioned reasons, Defendants are required to deliver to the Plaintiff $150,000, pursuant to 11 U.S.C. § 542(a).

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

1. For a judgment that Plaintiff is entitled to recover the Georgia Airplanes;

2. For a judgment in the amount of $150,000;

3. For a judgment that Plaintiff is entitled to all recorded information relating to the Georgia Airplanes in Defendants' possession, custody, or control;

4. For costs of suit incurred herein, including attorneys’ fees; and

5. For such other and further relief as the Court deems just and proper.

DATED: April 12, 2018

**Sulmeyer**Kupetz
A Professional Corporation

By: /s/ [signature]
Steven F. Werth
General Bankruptcy Counsel for
Howard M. Ehrenberg, Chapter 7 Trustee

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

**B1040 (FORM 1040) (12/15)**

| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER** (Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>HOWARD M. EHRENBERG, Chapter 7 Trustee | **DEFENDANTS**<br>MAULE AIR, INC., a Georgia domestic profit corporation, dba MAULE AIRCRAFT, and BRENT DAVID MAULE, an individual |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>SulmeyerKupetz, A Professional Corporation<br>333 S Hope Street, 35th Floor, Los Angeles, CA 90071<br>(213) 626-2311 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☒ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Turnover pursuant to 11 U.S.C. § 542(a).

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 70 01( 1) – Recovery of Money/Property**
- ☒ 11-Recovery of money/propert y - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 70 01 (2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001( 3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4 ) – Objection/ Revocation of Discharge**
- ☐ 41-Objection/re vocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 6 6 -Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 70 01(6) – Dischargeability (continued)**
- ☐ 61 -Dischargeability- §523(a)(5 ), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 6 5 -Dischargeability - other

**FRBP 70 01(7) – Injunctive Relief**
- ☐ 71 -Injunctive relief- imposition of stay
- ☐ 72-Injunctive relief - other

**FRBP 70 01(8) Subordination of Claim or Interest**
- ☐ 81 -Subordination of claim or interest

**FRBP 70 01(9) Declaratory Judgment**
- ☐ 91 -Declaratory judgment

**FRBP 70 01(10) Deter mi nation of Remove d Act ion**
- ☐ 01 -Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case - 15 U.S.C. §§78aaa *et.seq.*
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| | |
|---|---|
| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
| ☐ Check if a jury trial is demanded in complaint | ☒ Demand $ 150,000.00 |

Other Relief Sought

American LegalNet, Inc.
www.FormsWorkFlow.com

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>TUNCANG GROUP, INC. | BANKRUPTCY CASE NO.<br>2:17-bk-13503-SK | |
| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL | DIVISION OFFICE<br>LOS ANGELES | NAME OF JUDGE<br>HON. SANDRA R. KLEIN |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>4/12/18 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>STEVEN F. WERTH | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

American LegalNet, Inc.
www.FormsWorkFlow.com